UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Robert Palumbo

                        Plaintiff,

v.                                               Case No.: 1:08−cv−06708
                                                        Honorable Joan H. Lefkow

ABF Freight Systems, Inc.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 23, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Joint motion to dismiss [33] is granted. Case dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear his or its own costs. Status hearing of 10/8/2009 stricken. Civil case terminated. Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.